UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH TUMINELLO,                              Civil Action No.: 13 civ 938

                  Plaintiff,

   -against-                                               **RULE 7.1 DISCLOSURE STATEMENT FOR AETNA LIFE INSURANCE COMPANY**

AETNA LIFE INSURANCE COMPANY,

               Defendant.           DOCUMENT ELECTRONICALLY FILED
------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, AETNA LIFE INSURANCE COMPANY ("AETNA"), certifies that the following is corporate parent, subsidiary, or affiliate of that party which is publicly held:

    1.    Aetna Inc.

Dated:   New York, New York
           March 20, 2013

                                                    Respectfully submitted,

                                                      s/
                                                    Michael H. Bernstein (MB 0579)
                                                    SEDGWICK, LLP
                                                    *Attorneys for Defendant*
                                                    225 Liberty Street, 28th Floor
                                                    New York, New York 10281
                                                    Telephone: (212) 422-0202
                                                    Facsimile: (212) 422-0925

To:
Scott M. Riemer (SR5005)
RIEMER & ASSOCIATES LLC
*Attorneys for Plaintiff*
60 East 42nd Street, Suite 1750
New York, New York 10165
Telephone: (212) 297-0700
Email: sriemer@riemerlawfirm.com

NY/1256283v1

Marc S. Whitehead (S. Dist. Of Tx Bar No. 15465)
MARCH WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
Telephone: (713) 228-8888
Email: marc@marcwhitehead.com
Pro hac vice admission pending
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached RULE 7.1 DISCLOSURE STATEMENT FOR AETNA LIFE INSURANCE COMPANY was served via ECF and regular mail on March 20, 2013, upon the following:

Scott M. Riemer (SR5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
Telephone: (212) 297-0700
Email: sriemer@riemerlawfirm.com

Marc S. Whitehead (S. Dist. Of Tx Bar No. 15465)
MARCH WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
Telephone: (713) 228-8888
Email: marc@marcwhitehead.com
Pro hac vice admission pending

                                                                                  \_\_\_\_\_s/_____
                                                                                   Michael H. Bernstein (MB 0579)

Dated:    New York, New York
                March 20, 2013