# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOSEPH TUMINELLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | C A NO. 13:cv:938 _____ |
| AETNA LIFE INSURANCE | § | |
| COMPANY | § | |
| | § | |
| Defendant. | § | |

## LIST OF ENTITIES THAT ARE FINANCIALLY
## INTERESTED IN THE OUTCOME OF THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Joseph Tuminello, Plaintiff in the above-entitled and numbered cause,

and files this its List of Legal Entities that are financially interested in the outcome of this

litigation and would show unto this Honorable Court as follows:

1.   Joseph Tuminello is the Plaintiff and financially interested in the outcome of this litigation.

2.   Marc Whitehead is Plaintiff's attorney and financially interested in the outcome of this litigation.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, LLP


By: /s/Marc Whitehead_____
Marc S. Whitehead
State Bar No. 00785238
Federal Bar No. 15465
5300 Memorial Drive, Suite 725
Houston, Texas 77007
(713) 228-8888
(713) 225-0940 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2013, I electronically filed the foregoing document with the clerk of the court for the U. S. District Court; Southern District of New York, using the electronic case filing system of the court. The electronic case filing system sent a "notice of Electronic Filing" all attorneys of record who have consented in writing to accept that Notice as service of this document by electronic means.

/s/ Marc S. Whitehead
Marc S. Whitehead