```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                  DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                 DATE FILED: 4/2/13
------------------------------------------------------------X
                                              :
JOSEPH TUMINELLO,                             :
                                              :
                        Plaintiff(s),         :      13-CV-938 (KBF)
            -v-                               :
                                              :             ORDER
                                              :
AETNA LIFE INSURANCE COMPANY,                 :
                                              :
                                              :
                        Defendant(s).         :
------------------------------------------------------------ :
                                              X
```

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") promptly at **9:00 a.m., April 18, 2013**. In actions where not all parties have appeared through counsel via ECF, all counsel in receipt of the order scheduling the IPTC shall, forthwith, notify all other parties (or, if known, their attorneys) of the IPTC by serving each of them with a copy of the order scheduling the IPTC and with a copy the Court's Individual Practices in Civil Cases. Counsel shall file proof of such service with the Court.

2. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule.

      3. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.  See Rule 4.B.

SO ORDERED:

Dated:     New York, New York
            April 2, 2013

_____
       KATHERINE B. FORREST
       United States District Judge