UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH TUMINELLO,

                              Plaintiff,

   -against-

AETNA LIFE INSURANCE COMPANY,

                            Defendant.
------------------------------------------------------------------X

Civil Action No.: 13-CV-00938 (KBF)

**NOTICE OF APPEARANCE**

<u>DOCUMENT ELECTRONICALLY FILED</u>

To the Clerk of This Court and All Parties of Record:

      Please enter my appearance as counsel in this case for Defendant Aetna Life Insurance Company. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
            April 4, 2013

                                        Respectfully submitted,

                                        ___s/_____
                                        Julie Kim (JK 5700)
                                        SEDGWICK LLP
                                        *Attorneys for Defendant*
                                        225 Liberty Street, 28th Floor
                                        New York, New York 10281
                                        Telephone:  (212) 422-0202
                                        Facsimile:  (212) 422-0925

<u>To</u>:
Scott M. Riemer
RIEMER & ASSOCIATES LLC
*Attorneys for Plaintiff*
60 East 42nd Street, Suite 1750
New York, New York 10165

Marc S. Whitehead
MARC WHITEHEAD & ASSOCIATES, LLP
*Attorneys for Plaintiff*
5300 Memorial Drive, Suite 725
Houston, Texas 77007

NY/1258610v1

## **CERTIFICATE OF SERVICE**

I, Julie Kim, hereby certify and affirm that a true and correct copy of the attached NOTICE OF APPEARANCE was served via ECF filing on April 4, 2013, upon the following:

Scott M. Riemer
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
Telephone: (212) 297-0700

Marc S. Whitehead
MARC WHITEHEAD & ASSOCIATES, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
Telephone: (713) 228-8888

                                                 s/
                                          Julie Kim (JK 5700)

Dated:   New York, New York
            April 4, 2013