```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 16, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Joseph Tuminello,

                                Plaintiff(s)

    -v-

Aetna Life Insurance Company,

                                Defendant(s).
------------------------------------------------------------X

13 Civ. 938 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

   The Initial Pretrial Conference in this action, scheduled for Thursday, April 18, 2013, will be heard on the same date (4/18/2013), at 3:15 p.m.

      SO ORDERED:

Dated:     New York, New York
              April 16, 2013

                                                _____
                                                KATHERINE B. FORREST
                                                United States District Judge