```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 1 8 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JOSEPH TUMINELLO,

                               Plaintiff(s),

                         -v-

AETNA LIFE INSURANCE COMPANY,

                               Defendant(s).
------------------------------------------------------------- X

13 Civ. 938 (KBF)

SCHEDULING ORDER

KATHERINE B. FORREST, District Judge:

    The parties propose the following schedule for this matter:

1.     All parties [~~do~~ / **do not**] consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2.     Close of fact discovery: <u>August 16, 2013</u>. **[within 4 months]**

3.     Close of expert discovery: <u>Not Applicable</u>. **[25 days after the close of fact discovery]**

    The parties contemplate experts in this matter for the following subject(s): <u>The parties do not anticipate retaining experts</u>.

4.     **[For F.L.S.A. actions only]** The plaintiff(s) **[do / do not]** anticipate making a motion for conditional class certification.
        Not Applicable
    <u>Proposed briefing schedule:</u>
    Opening: _____
    Opp'n: _____
    Reply: _____

[Opening brief filed no later than 30 days from the date of the initial pretrial conference; full briefing shall be completed within 30 days of the opening brief]

5. The parties [**do** / ~~do not~~] anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) for summary judgment_____.

Proposed briefing schedule:
Opening: _September 10, 2013_
Opp'n: _October 8, 2013_
Reply: _October 29, 2013_

[Opening brief filed no later than the close of expert discovery; full briefing shall be completed within 52 days of the opening brief]

## DO NOT FILL IN BELOW – THE COURT WILL SET ITEMS 6-9

6. The next status conference in this matter is set for _____ at _____.

N.A.

7. All pretrial materials, including the Joint Pretrial Order ("JPTO"): _____.

8. The Final Pretrial Conference ("FPTC") in this matter is set for _____ at _____.

9. Trial in this matter shall commence on _____. Trial [will / will not] be before a jury. Trial is anticipated to take _____ [days / weeks].

SO ORDERED:

Dated: New York, New York
       _4/18_, 2013

_____K. B. Forrest_____
KATHERINE B. FORREST
United States District Judge