ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP



July 17, 2013

(212) 898-4046
*julie.kim@sedgwicklaw.com*



DOC #: _____
DATE FILED: JUL 1 9 2013

*Via Hand Delivery*
Hon. Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007

Re: *Tuminello v. Aetna Life Ins. Co.*, Civil Action No.: 13 CV 0938 (KBF)(JCF)
    File No.: 00322-008165

Dear Judge Forrest:

This firm represents Defendant Aetna Life Insurance Company ("Aetna") in the above-captioned matter. We write to seek the Court's permission to electronically file a document larger than 15 MB, the limit set forth in the Guidelines for Electronic Case filing in the Southern District of New York. Aetna has prepared a motion for summary judgment. A supporting declaration to the motion attaches an exhibit that is 829 pages and comprises nearly the entire administrative record. With the Court's permission, Aetna seeks to electronically file this document in parts, with each part within the Court's 4 MB file size limit.

Respectfully submitted,

Julie Kim
Sedgwick LLP

*Ordered*

Filing in parts is fine.

K. B. Forrest
USDJ

7/18/13

cc: Scott M. Riemer (*via e-mail*)
    Marc S. Whitehead (*via e-mail*)

NY/1269999v1