UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH TUMINELLO,   Civ. Act. No.: 13 CIV 938 (KBF)(JCF)

           Plaintiff,

   -against-   **NOTICE OF MOTION**

AETNA LIFE INSURANCE COMPANY,

           Defendants.   DOCUMENT
   ELECTRONICALLY FILED
------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, upon the Declaration of Wanda Greene Celestine dated July 16, 2013 and Exhibits "A" through "D" annexed thereto, the Declaration of Michael H. Bernstein dated July 18, 2013 and Exhibit "E" annexed thereto, and the accompanying Memorandum of Law, Defendant Aetna Life Insurance Company, by its attorneys, Sedgwick LLP, will move this Court, before the Honorable Katherine B. Forrest at the United States District Court, Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time to be set by this Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing Plaintiff's Complaint, and for such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
        July 19, 2013

                                                Respectfully submitted,

                                                /s/Michael H. Bernstein
                                                MICHAEL H. BERNSTEIN (MB 0579)
                                                JULIE KIM (JK 5700)
                                                SEDGWICK LLP
                                                225 Liberty Street, 28th Floor
                                                New York, New York 10281-1008
                                                Telephone:  (212) 422-0202
                                                Facsimile:  (212) 422-0925
                                                Sedgwick File No. 00322-008165
                                                *Attorneys for Defendant*

To:

Scott Riemer
Riemer & Associates LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
(212) 297-0700
sriemer@riemerlawfirm.com

Marc S. Whitehead
Marc Whitehead & Associates, LLP
5300 Memoriam Drive, Suite 725
Houston, Texas 77007
(713) 228-8888
marc@marcwhitehead.com

**CERTIFICATE OF SERVICE**

I, Julie Kim, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF MOTION** was served via ECF and Regular Mail on July 19, 2013, upon the following:

Scott M. Riemer
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
Tel.: (212) 297-0700
Email: sriemer@riemerlawfirm.com

Marc S. Whitehead
MARC WHITEHEAD & ASSOCIATES, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
Tel.: (713) 228-8888
Email: marc@marcwhitehead.com

/s/Julie Kim
JULIE KIM (JK 5700)

Dated:  New York, New York
        July 19, 2013