# MARC WHITEHEAD & ASSOCIATES, L.L.P.
## ATTORNEYS AT LAW

Marc Whitehead, Esq.
*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Social Security*
*Disability Advocacy*

5300 Memorial Drive, Suite 725
Houston, Texas 77007
Telephone: (713) 228-8888
Facsimile (713) 225-0940
Toll Free: (800) 562-9830
www.marcwhitehead.com
marc@marcwhitehead.com

Valerie Norwood, Esq.
Anthony Vessel, Esq.



RECEIVED AUG 01 2013 KATHERINE B. FORREST U.S. DISTRICT JUDGE S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 1 2013

July 31, 2013

*Via Federal Express 8758 3949 8491*

Honorable Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007

    RE:   *Tuminello v. Aetna Life Ins. Co.*, Civil Action No.: 13-cv-0938 (KBF)(JCF)

Dear Judge Forrest:

    This office represents Plaintiff Joseph Tuminello ("Mr. Tuminello") in the above-referenced matter. We write to request an extension of time to more fully research and respond to Defendant's Motion for Summary Judgment. Plaintiff's response is due on August 9, 2013. We request an extension of time to respond to Defendant's Motion for Summary Judgment on or before August 23, 2013. Defendant's counsel has consented to this request. No prior requests for an extension of time to respond to Defendant's Motion for Summary Judgment have previously been made by Mr. Tuminello.

Ordered
Application granted.
8/1/13  K. B. For
    USDJ

Respectfully submitted,

Marc S. Whitehead