ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP



julie.kim@sedgwicklaw.com

August 22, 2013

*Via E-mail*
*Original to Follow By Hand Delivery*
Hon. Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007

Re: *Tuminello v. Aetna Life Ins. Co.*, Civil Action No.: 13 CV 0938 (KBF)(JCF)
    Seddgwick File No.: 00322-008165

Dear Judge Forrest:

This office represents Defendant Aetna Life Insurance Company ("Aetna") in the above-referenced matter. We write to request an extension of time to respond to Plaintiff's Motion to Stay Pending U.S. Supreme Court Decision in *Heimeshoff v. Hartford* ("Plaintiff's Motion"). Aetna requires additional time due to unanticipated delays in finalizing its opposition to Plaintiff's Motion. Aetna's opposition is currently due on August 26, 2013. We request a 10-day extension of time to respond to Plaintiff's motion to on or before September 5, 2013. Plaintiff's counsel has consented to this request. No prior requests for an extension of time to oppose Plaintiff's Motion have been made by Aetna.

Respectfully submitted,

Julie Kim
Sedgwick LLP

cc: Marc Whitehead, Esq. (*via e-mail only*)
    Valerie Norwood, Esq. (*via e-mail only*)
    Scott Riemer, Esq. (*via e-mail only*)

Ordered
Application granted.

K. B. Forrest
USDJ

8/26/13

NY/1272124v1